UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC TOLLIVER,

                    Plaintiff,

        -against-                                    19-CV-11823 (CM)

LIEUTENANT JORDAN; C.O. DEPALO;                      CIVIL JUDGMENT
C.O. E. BONNELL; JOHN DOE #1; JANE
DOE #1; JOHN DOE #2; JANE DOE #2,

                    Defendants.

Pursuant to the order issued February 4, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed

without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C.

§ 1915(g). Plaintiff continues to be barred from filing any civil action under the *in forma*

*pauperis* statute while a prisoner unless Plaintiff is under imminent danger of serious physical

injury. *See* 28 U.S.C. § 1915(g).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 4, 2020
         New York, New York

                                            _____
                                                COLLEEN McMAHON
                                            Chief United States District Judge