UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ERIC K. TOLLIVER,

                Plaintiff,

      -against-

LIEUTENANT JORDAN, et. al.,

                Defendants.
-------------------------------------------------------------X

19 Civ. 11823 (PMH)

[PROPOSED] **ORDER
AUTHORIZING THE
DEPOSITION OF
INCERCERATED PLAINTIFF**

      Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of plaintiff Eric Tolliver, DIN No. 94-B-1563, by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and the Superintendent of the correctional facility where he is then located.

      Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

Dated: White Plains, New York
       _____January 21_____, 2022

                                  SO ORDERED.

                                  _____
                                  Hon. Philip M. Halpern
                                  United States District Judge