UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------
ERIC TOLLIVER,

                Plaintiff,

                                19-CV-11823 (PMH)

                                NOTICE OF MOTION FOR
                                SUMMARY JUDGMENT

      -against-

LIEUTENANT JORDAN, et al.,

                Defendant(s).
----------------------------------------

    PLEASE TAKE NOTICE, that upon the annexted affirmation of Eric Tolliver, affirm on the 17 day of July, 2022, and upon the exhibits attached hereto, and the pleadings herein, plaintiff will movr this honorable Court, before the honorable Philip M. Halpern, United States District Judge, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting plaintiff's motion for Summary Judgment and granting plaintiff's amended complaint and the relief he sought therein.

    I declare under the penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2022
       Wallkill, New York

Respectfully Submitted,

E. [signature]

Mr. Eric Tolliver
Shawangunk Corr. Fac.
P.O. Box 700
Wallkill, N.Y. 12589

---

Motion denied without prejudice for failure to comply with the Local Civil Rules and this Court's Individual Practices. The Clerk's Office is respectfully requested to mail a copy of this Order to plaintiff.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       July 21, 2022

RECEIVED
SDNY PRO SE OFFICE
2022 JUL 20 PM 2:49