UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC TOLLIVER,

                              Plaintiff,                    **ORDER**

                -against-

LIEUTENANT JORDAN, C.O., et al.                            19-CV-11823 (PMH)

                              Defendants.

PHILIP M. HALPERN, United States District Judge:

The case management conference scheduled for August 17, 2022 is adjourned to **September 15, 2022 at 3:30 p.m.**, to be held by telephone. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831. It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to have plaintiff available via telephone.

The Clerk of Court is respectfully requested to mail a copy of this Order to the plaintiff. Counsel for defendants shall also advise plaintiff of the new date and time.

                                                  **SO ORDERED:**

Dated:  White Plains, New York
        August 1, 2022

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge