**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ERIC TOLLIVER,

                    Plaintiff,

      -against-                                19 **CIVIL** 11823 (PMH)

                                                      **<u>JUDGMENT</u>**

LIEUTENANT JORDAN, C.O., et al.,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 28, 2023, Defendants' motion for summary judgment is GRANTED and Plaintiff's motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

       March 29, 2023

                                                        **RUBY J. KRAJICK**

                                                        _____

                                                          **Clerk of Court**

                         **BY:**        *K. Mango*

                                                         _____

                                                          **Deputy Clerk**