UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC TOLLIVER,

                            Plaintiff,

-against-

LIEUTENANT JORDAN, C.O., et al.

                           Defendants.

**ORDER**

19-CV-11823 (PMH)

PHILIP M. HALPERN, United States District Judge:

On April 10, 2023, Plaintiff filed, *pro se*, a motion to vacate the Court's Opinion and Order granting Defendants' motion for summary judgment. (Doc. 113; Doc. 114). Pursuant to Local Civil Rule 6.1(b), Defendants' opposition to Plaintiff's motion was due by April 24, 2023. To date, Defendants have not filed an opposition to the motion.

The Court *sua sponte* extends Defendants' time to oppose the motion to vacate until May 8, 2023. Plaintiff's reply, if any, is due May 22, 2023.

**SO ORDERED:**

Dated: White Plains, New York
       April 25, 2023

_____
Philip M. Halpern
United States District Judge